# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| THOMPSON MARA MAGINDE,<br>    Petitioner,<br><br>vs.<br><br>U.S. ATTORNEY GENERAL, *et al.*,<br>    Respondents. | Case No. 1:17-cv-736<br><br>Judge Timothy S. Black<br><br>Magistrate Judge Karen L. Litkovitz |

# DECISION AND ENTRY
# ADOPTING THE REPORT AND RECOMMENDATION
# OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 7)
# AND TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and, on December 13, 2018, submitted a Report and Recommendation (Doc. 7). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendation (Doc. 7) is **ADOPTED**; and

2. Petitioner's petition for a writ of habeas corpus (Doc. 1) is **DISMISSED** for lack of prosecution.

3.  The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** in this Court.

**IT IS SO ORDERED.**

Date:     2/27/19                           *s/ Timothy S. Black*
                                            Timothy S. Black
                                            United States District Judge